IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-08-341 |
| | § § § § | |
| ALEJANDRO GARCIA-RIVERA, *et al.* | § | |

**O R D E R**

Defendant Mendoza filed an unopposed motion for continuance, (Docket Entry No. 39). The co defendants are unopposed to the motion The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | **November 7, 2008** |
| Responses to be filed by: | **November 19, 2008** |
| Pretrial conference is reset to**:** | **November 24, 2008, at 8:45 a.m.** |
| Jury trial and selection are reset to: | **December 1, 2008, at 9:00 a.m.** |

SIGNED on September 25, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge